IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

OLD REPUBLIC INSURANCE COMPANY and PENSKE TRUCK LEASING CO., L.P.,

Plaintiffs,

v.

Case No. 1:25-cv-00277-KG-JMR

ASHRAF ARAFA-HEKAL a/k/a ASHRAF HEKAL, ARMANDO SALCIDO, and ANDREW MONTOYA,

Defendants.

# **FINAL JUDGMENT**

In accordance with the Court's Memorandum Opinion and Order entered July 7, 2026 (Doc. 36), judgment is entered in favor of Plaintiffs Old Republic Insurance Company and Penske Truck Leasing Co., L.P. and against Defendants Ashraf Arafa-Hekal a/k/a Ashraf Hekal, Armando Salcido, and Andrew Montoya on all claims.

1. The Court declares that the applicable limits of liability insurance under policy no. MWTB 315916, issued by Old Republic to Penske as the named insured, for Armando Salcido's and Andrew Montoya's underlying tort claims asserted against Ashraf Arafa-Hekal in Case No. D-202-CV-2021-06806, Second Judicial District Court, County of Bernalillo, State of New Mexico, are $25,000 because of bodily injury to or death of one person in any one accident, $50,000 because of bodily injury to or death of two or more persons in any one accident, and $10,000 because of injury to or destruction of property of others in any one accident under New Mexico Statute § 66-5-208.

2. This action is dismissed with prejudice, and the case is closed.

3. The parties will bear their own costs and attorneys' fees.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.